1  MARLENE S. MURACO, Bar No. 154240
   ERIC C. BELLAFRONTO, Bar. No. 162102
2  ERICA L. HERMATZ, Bar No. 221702
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  14th Floor
   San Jose, CA 95113.2303
5  Telephone:  408.998.4150
   Facsimile:  408.288.5686
6  E-mail: mmuraco@littler.com
   Email: ehermatz@littler.com
7

8  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURER, INC.
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION            *E-FILED - 8/16/06*

13 | PABLO BUENTELLO & LIONEL      | Case No.  C 06-03241 RMW
   | BEEMAN,                       |
14 |                               | STIPULATION TO CONTINUE THE
   |            Plaintiffs,        | INITIAL CASE MANAGEMENT
15 |                               | CONFERENCE AND [PROPOSED]
   |      v.                       | ORDER APPROVING THE
16 |                               | CONTINUANCE OF THE CASE
   | NEW UNITED MOTOR              | MANAGEMENT CONFERENCE
17 | MANUFACTURER INC.,            |
   |                               |
18 |            Defendant.         |

19

20         Defendant New United Motor Manufacturer, Inc. ("Defendant") and Plaintiffs Pablo

21  Buentello & Lionel Beeman ("Plaintiffs") hereby stipulate as follows:

22         1.      On May 16, 2006, Plaintiffs filed their complaint relating to class allegations

23  and failure to pay overtime wages ("Complaint") in the United States District Court, Northern

24  District of California.

25         2.      The case was ordered assigned to the Honorable Ronald M. Whyte and a Case

26  Schedule was set based on the date the Complaint was filed.

27         3.      The Complaint was not served on Defendant until June 29, 2006, six weeks

28  after it was filed with the court. Defendant timely file an Answer to the Complaint on July 19, 2006.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose CA 95113 2303
408 998 4150

STIP TO CONTINUE THE INITIAL CMC          Case No.  C 06-03241 RMW
AND [PROPOSED] ORDER

1      4.    The Case Schedule set the Initial Case Management Conference for August 18, 2006 with the Joint Case Management Statement and initial disclosures to be filed by August 11, 2006.

    5.    Counsel for Defendant will be out-of-state on vacation from August 17 to August 23, thus is not available for the initial case management conference set for August 18, 2006. (See Declaration of Marlene Muraco filed herewith).

    6.    Because Defendant was not served until six weeks after the Complaint was filed and the initial disclosures are due only three weeks after the case is at issue, Defendant will not be able to provide a complete analysis of the issues that must be addressed in the Case Management Statement to be filed on August 11, 2006.

    7.    The parties stipulate and request that the case management conference be continued approximately six weeks – to a date on or about September 29, 2006, in order to allow the parties sufficient time to allow for a meaningful exchange of information prior to the initial case management conference.

    8.    The parties further stipulate that if the Case Management Conference is continued as requested, either party shall be free to serve written interrogatories upon the other at any time on or after August 10, 2006, and will not have to wait until the revised "meet and confer" deadline to serve such discovery.

Dated: July 12, 2006

/s/ Marlene Muraco

MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR
MANUFACTURING, INC.

Dated: July 2, 2006

/s/ Adam Wang

ADAM WANG
DAL BON & WANG
Attorneys for Plaintiffs
PABLO BUENTELLO & LIONEL BEEMAN

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113-2303
408.998.4150

STIP TO CONTINUE THE INITIAL CMC AND [PROPOSED] ORDER      2.      Case No. C 06-03241 RMW

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference will be continued to ~~September 29, 2006~~ October 6, 2006 or as soon thereafter as may be heard by the court. All other deadlines will be continued accordingly.

(jg)

Date: __ 8/16/06 __

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte

Firmwide:81303702.1 048320.1007

STIP TO CONTINUE THE INITIAL CMC AND [~~PROPOSED~~] ORDER     3.     Case No. C 06-03241 RMW