1  LINDBERGH PORTER, Bar. No. 100091
   MARLENE S. MURACO, Bar No. 154240
2  ERICA L. HERMATZ, Bar No. 221702
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  14th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6  E-mail: mmuraco@littler.com
   Email: ehermatz@littler.com
7

8  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING,
9  INC.

10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION                *E-FILED - 10/18/06*

14  PABLO BUENTELLO & LIONEL          Case No.  C 06-03241 RMW
    BEEMAN,
15                                    **STIPULATION TO CONTINUE THE**
             Plaintiffs,              **INITIAL CASE MANAGEMENT**
16                                    **CONFERENCE AND []**
        v.                            **ORDER APPROVING THE**
17                                    **CONTINUANCE OF THE CASE**
    NEW UNITED MOTOR                  **MANAGEMENT CONFERENCE**
    MANUFACTURER INC.,
18
             Defendant.
19

20
              Defendant New United Motor Manufacturing, Inc. ("Defendant") and Plaintiffs Pablo
21
    Buentello & Lionel Beeman ("Plaintiffs") hereby stipulate as follows:
22
              1.     On May 16, 2006, Plaintiffs filed their complaint relating to class allegations
23
    and failure to pay overtime wages ("Complaint") in the United States District Court, Northern
24
    District of California.
25
              2.     The case was ordered assigned to the Honorable Ronald M. Whyte and a Case
26
    Schedule was set based on the date the Complaint was filed.
27
              3.     The Complaint was not served on Defendant until June 29, 2006, six weeks
28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

**STIP TO CONTINUE THE INITIAL CMC**   Case No.  C 06-03241 RMW
**AND [] ORDER**

1  after it was filed with the court. Defendant timely file an Answer to the Complaint on July 19, 2006.

2        4.      The Case Schedule set the Initial Case Management Conference for August 18, 2006 with the Joint Case Management Statement and initial disclosures to be filed by August 11, 2006.

5.      The parties stipulated and the court approved the Order continuing the initial case management conference to October 6, 2006.

6.      During the meet and confer process, the parties discussed the legal and factual issues involved in the instant lawsuit. Based on those discussions, Plaintiffs request additional time to reconsider their position with regard to the filed complaint in order to have a meaningful initial case management conference.

7.      The parties stipulate and request that the case management conference be continued to November 17, 2006.

Dated: October 5, 2006

        /S/ Marlene S. Muraco
        MARLENE S. MURACO
        LITTLER MENDELSON
        A Professional Corporation
        Attorneys for Defendant
        NEW UNITED MOTOR
        MANUFACTURING, INC.

Dates: October 5, 2006

        /S/ Adam Wang
        ADAM WANG
        DAL BON & WANG
        Attorneys for Plaintiffs
        PABLO BUENTELLO & LIONEL BEEMAN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference will be continued to November 17, 2006 or as soon thereafter as may be heard by the court. The parties are to provide a joint case management statement in accordance with the Court's standing order.

Date: 10/18/06        /s/ Ronald M. Whyte
        The Honorable Ronald M. Whyte

Firmwide:81554473.1 048320.1007

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

STIP TO CONTINUE THE INITIAL CMC AND [] ORDER     2.     Case No. C 06-03241 RMW